UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TOTAL QUALITY LOGISTICS, LLC | : | Case No. 13-CV-511 |
| | : | |
| | : | (Chief Judge Susan J. Dlott) |
| Plaintiffs | : | |
| | : | |
| vs. | : | UNOPPOSED MOTION FOR |
| | : | EXTENSION OF TIME |
| DSV GLOBAL TRANSPORT LOGISTICS, et al. | : | |
| | : | |
| Defendants | : | |

*Granted*
*Susan J. Dlott*
*8/13/13*

Comes now Plaintiff, Total Quality Logistics, LLC ("TQL"), by and through counsel, and hereby moves this Court for an extension of time up to and including August 19, 2013 to file its reply memorandum in support of its motion to remand. As grounds for this motion, Plaintiff states that its brief is due on August 12, 2013. The attorney who is responsible for preparing the brief was on vacation last week. Due to the undersigned counsel's busy schedule, he was unable to work on the brief. Accordingly, Plaintiff requests a one week extension up to and including August 19, 2013 to file its reply memorandum in support of its motion for remand.

Defendants' counsel does not oppose this motion.

Respectfully submitted,

//s// Barry F. Fagel
Barry F. Fagel    (#0060122)
LINDHORST & DREIDAME
312 Walnut Street, Suite 3100
Cincinnati, Ohio  45202
(513) 421-6630
(513) 421-0212 (fax)
bfagel@lindhorstlaw.com
*Attorneys for Plaintiff*
*Total Quality Logistics, LLC*

577223v1